The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JERITA R. YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA dba U.S. DEPARTMENT OF THE ARMY and MADIGAN ARMY MEDICAL CENTER, a governmental agency;<br><br>Defendants. | NO. 3:22-CV-05231-BHS<br><br>**STIPULATED MOTION FOR EXTENSION OF INITIAL SCHEDULING DEADLINES AND ORDER**<br><br>Noted for Consideration:<br>October 12, 2022 |

The parties, by and through their undersigned attorneys, hereby stipulate to an extension of the initial scheduling dates in the above-entitled matter. Good cause exists for extending these deadlines because delays in response time of public disclosure requests, through no doing of Plaintiff, have impacted Plaintiff's ability to make complete initial disclosures. Further, Plaintiff is in the process of retaining additional or substitute counsel on this matter with the intent that new counsel will lead in cooperating with Defendant's counsel to complete the joint status report. The parties are currently actively cooperating to exchange initial disclosures and finalize a

STIPULATED MOTION
FOR EXTENSION OF INITIAL
SCHEDULING DEADLINES
[3:22-CV-05231-BHS]

Page **1** of **3**

DOVINH LAW PLLC
1700 7th Ave Suite 2100
Seattle, WA 98101
O: 206-486-7177
F: 206-374-3086

combined Joint Status Report (JSR). A 30-day extension of the initial case scheduling deadlines will be sufficient for initial disclosures and the JSR to be completed.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the initial disclosure and joint status report deadlines and respectfully request that the Court grant their motion.

**SO STIPULATED.**

Dated this 12th day of October, 2022.

DOVINH LAW, PLLC

/s/Betty T. Dovinh
Betty Dovinh, WSBA #50681
1700 7th Ave Suite 2100
Seattle, Washington 98101
Phone: 206-486-7177
Facsimile: 206-374-3086
Email: betty@dovinhlaw.com

*Attorney for Plaintiff Jerita Young*

NICHOLAS BROWN
United States Attorney

/s/ Whitney Passmore
Whitney Passmore, FL #91922
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Facsimile: 206-553-4067
Email: whitney.passmore@usdoj.gov

*Attorney for Defendant United States*

STIPULATED MOTION
FOR EXTENSION OF INITIAL
SCHEDULING DEADLINES
[3:22-CV-05231-BHS]

Page **2** of **3**

DOVINH LAW PLLC
1700 7th Ave Suite 2100
Seattle, WA 98101
O: 206-486-7177
F: 206-374-3086

**ORDER**

**IT IS SO ORDERED**.

Dated this 13th day of October, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION FOR EXTENSION OF INITIAL SCHEDULING DEADLINES [3:22-CV-05231-BHS]

Page **3** of **3**

DOVINH LAW PLLC
1700 7th Ave Suite 2100
Seattle, WA 98101
O: 206-486-7177
F: 206-374-3086