The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JERITA R. YOUNG,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA dba U.S. DEPARTMENT OF THE ARMY and MADIGAN ARMY MEDICAL CENTER, a governmental agency;<br><br>　　　　　　　　　　Defendants. | NO. 3:22-CV-05231 BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Noted for Consideration:<br>November 14, 2022 |

The parties in the above-entitled matter, by their signatures below, hereby stipulate to the voluntary dismissal of this action by plaintiff pursuant to FRCP 41(a)(1).

**SO STIPULATED**

Dated this  9   day of November, 2022.

JERITA R. YOUNG　　　　　　　　　　　　DOVINH LAW, PLLC

*[signature]*　　　　　　　　　　　　　　　　*[signature]*
ID_ESzB2w3shdhVP6sESTH4UVfS　　　　　　　ID_J7UYpNQfT9mpJVVHkg8H3FgQ

Jerita R. Young, Plaintiff　　　　　　　　　　Betty Dovinh, WSBA #50681
　　　　　　　　　　　　　　　　　　　　　1700 7th Ave Suite 2100
　　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　　　　　　Phone: 206-486-7177
　　　　　　　　　　　　　　　　　　　　　Facsimile: 206-374-3086
　　　　　　　　　　　　　　　　　　　　　Email:betty@dovinhlaw.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Jerita Young*

**SO STIPULATED**

Dated this ____ day of November, 2022.

NICHOLAS W. BROWN
United States Attorney

WHITNEY PASSMORE
*Digitally signed by WHITNEY PASSMORE*
*Date: 2022.11.10 09:54:35 -08'00'*

Whitney Passmore, FL No. 91922
Assistant United States Attorney
United States Attorney's Office
700 Steward Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: whitney.passmore@usdoj.gov
*Attorney for United States of America*

## ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed without prejudice.

DATED this 15th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Stipulation and Order of Voluntary Dismissal        Page 3 of 3

DOVINH LAW PLLC
1700 7th Ave Suite 2100
Seattle, WA 98101
P: 206-486-7177
F: 206-374-3086